UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 23-7546-MWF(SSCx)**            Date: April 02, 2025

Title     ***Candle King, Inc. v. Torres Candle Corp., et al.***

R

Present: The Honorable:    MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

      The Complaint in this action was filed on September 11, 2023. (Docket No. 1). On December 4, 2023, Default was entered. (Docket No. 16). On February 27, 2024, the Court granted Plaintiff's Motion for Default Judgment. (Docket No. 20). On January 14, 2025, the Court granted Defendants' unopposed Motion to Set Aside Judgment. (Docket No. 30). After Defendants filed their Answer to Complaint (Docket No. 31), the Court set a Scheduling Conference (Docket No. 33) on March 17, 2025.

      On March 11, 2025, the Court issued an Order stating that the required Joint Rule 26(f) Report had not been filed and vacated the Scheduling Conference. (Docket No. 35). The Court ordered the parties to file the required Rule 26(f) Report no later than March 31, 2025. As of April 1, 2025, the Report has not been filed.

      The Court **ORDERS** the parties to **SHOW CAUSE** why this action should not be dismissed for lack of prosecution, or Defendants' Answer should not be stricken and default entered again. In response to this Order to Show Cause, the Court will accept a **Joint Rule 26(f) Report** (pursuant to the Order Setting Scheduling Conference) no later than **APRIL 18, 2025**. If, for any reason, a party fails to meet and confer to prepare the report, the other party must file a Status

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 23-7546-MWF(SSCx)**                                     Date:  April 02, 2025

Title        ***Candle King, Inc. v. Torres Candle Corp., et al.***

Report by that deadline to advise the Court so the appropriate sanction can be imposed.

    No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **April 18, 2025,** will result in the dismissal of this action or the striking of Defendants' Answer.

    IT IS SO ORDERED.